# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

MacNeil Automotive Products Limited

          Plaintiff,

v.                                                           Case No.: 1:10–cv–04088

                                                             Honorable Gary Feinerman

Winfield Consumer Products, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 15, 2011:

      MINUTE entry before Honorable Gary Feinerman: The parties having filed a joint stipulation of dismissal with prejudice [73], all claims are dismissed with prejudice, each side bearing its own fees and costs. The court shall retain jurisdiction to enforce the parties' settlement agreement. Status hearing scheduled for 11/29/2011 [72] is stricken. Civil case terminated.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.